IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**STEPFONE LAVON JOHNSON,**

    **Plaintiff,**

**v.**                                                         **Case No. 1:24-cv-127-AW-HTC**

**GAINESVILLE POLICE
DEPARTMENT,**

    **Defendant.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

The magistrate judge issued a report and recommendation that concluded the court should dismiss for two independent reasons: Plaintiff has not complied with a court order, and he failed to truthfully disclose his litigation history. ECF No. 11. Plaintiff has not filed any objection.

Having carefully considered the matter, I now adopt the report and recommendation and incorporate it into this order. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute and based on 28 U.S.C. § 1915A(b)(1) for abuse of the judicial process because Plaintiff failed to truthfully disclose his litigation history." The clerk will then close the file.

SO ORDERED on October 16, 2024.

                                                                                   s/ *Allen Winsor*
                                                                                   United States District Judge